**In the Matter of PARAMOUNT IRON WORKS, Inc., Bankrupt.**

**HERSON SON, Inc., Appellant, v. Joseph Tuttle STEARNS, as Receiver, Respondent.**

Circuit Court of Appeals, Second Circuit. December 16, 1929.

No. 72.

1021

Terry Parker, of New York City, for appellant.

Louis Winer, of New York City (Sidney Basil Levy, of Brooklyn, N. Y., of counsel), for respondent.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed, with costs.